IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 135P12 | State v. Jamie Daquan Lowery | 1. Def's NOA Based Upon a Constitutional Question (COA11-673) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Special Order |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| | | 4. Defendant-Appellant's Motion to Amend NOA and PDR | 4. Allowed |
| 155P12 | State v. Lino Antonio Errichiello | Def's PDR Under N.C.G.S. § 7A-31 (COA11-857) | Denied |
| 157P12 | State v. Terrell Davez Cornelius | 1. Def's NOA Based Upon a Constitutional Question (COA11-94) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 158P12 | Kight's Medical Corp., Plaintiff / Counterclaim Defendant v. Ginger Kight Pickett, Defendant / Counterclaim Plaintiff and Kight's Medical of Virginia, Inc., d/b/a Atlantic Home Medical, Defendant / Third Party Plaintiff v. John A. Kight, Plaintiff / Third Party Defendant | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA11-954) | 1. Denied |
| | | 2. Def's PWC to Review the Decision of the COA | 2. Denied |
| 163P12 | Ross A. Panos v. Timco Engine Center, Inc. | Def's PDR Under N.C.G.S. § 7A-31 (COA11-803) | Denied |
| 167P12 | Henry O. Lingerfelt, Employee v. Advance Transportation, Inc., Employer, Noninsured; and/or Superior Transfer, Inc., Employer, Noninsured; and Raymond Camero, Chris North, James L. North, Jr., and Jerrye North, Individually and/or Southern Insurance Company, Carrier (Firstcomp Underwriters Group, Inc., Administrator/ Servicing Agent) | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA11-983) | 1. Dismissed |
| | | 2. Plts' Motion to Deem PDR Timely Filed | 2. Denied |
| | | 3. Plt's Petition in the Alternative for PWC to Review Decision of COA | 3. Denied |
| | | 4. Def's Motion to Dismiss Appeal for Failure to Take Timely Action | 4. Dismissed as Moot |